IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      :

   vs.      :    Case No. 13-MJ-438

**ANTHONY AGRAMONTE**      :

   Defendant      :

MOTION TO SUPPRESS EVIDENCE

MOTION TO SUPPRESS STATEMENT

COMES NOW the Defendant, by and through his/her attorney, Joseph F. Vallario, Jr., and moves this Honorable Court to suppress certain evidence obtained in the above-captioned case and for cause states as follows:

1. That the Defendant was arrested and searched and evidence seized by the police was obtained in violation of the Defendant's right against unconstitutional searches and seizures.

2. That any statement or confession of the Defendant was not voluntary, and any searches conducted were unlawful.

3. That the Defendant was not properly advised of his/her rights against self-incrimination and his/her other rights as directed under <u>Miranda</u>.

4. For such other and further reasons as will be set forth at the hearing on these Motions, which is hereby specifically requested.

WHEREFORE, the Defendant prays:

1. That the evidence obtained from the search and seizure of the Defendant be suppressed.

2. That any admission, statement or confession of the Defendant be suppressed.


   3. For such other and further relief as this Honorable Court may deem appropriate.

_____/S/_____
Joseph F. Vallario, Jr.
Attorney for Defendant
52l0 Auth Road
Suitland, MD 20746
(301) 423-8l00

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2013, a copy of the foregoing which was electronically mailed, was mailed, postage prepaid, to Debra Sexton, Judge Advocate General's Office, 4217 Roberts Avenue, Ft. Meade, MD 20755.

_____/S/_____
Joseph F. Vallario, Jr.